WILLIAM G. MALCOLM, #129271
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(949) 252-9400 Telephone
(949) 252-1032 Fax

**Attorneys for Secured Creditor,
JPMORGAN CHASE BANK, NATIONAL ASSOCATION**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 11-46444 |
| ANTHONY DWAYNE STAFFORD, JR., and JANELLE MARIE STAFFORD | Chapter 13 |
| | **WITHDRAWAL OF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** |
| Debtors. | |

**TO THE HONORABLE WILLIAM J. LAFFERTY, UNITED STATES BANKRUPTCY COURT JUDGE, THE CHAPTER 13 TRUSTEE, THE DEBTORS, AND THE DEBTORS' COUNSEL:**

     **PLEASE TAKE NOTICE** that JPMorgan Chase Bank, National Association ("JPMorgan"), as servicer for U.S. Bank, National Association as trustee for WAMU Mortgage Pass Through Certificate for WMALT Series 2006-AR8 Trust, hereby withdraws its Objection to Confirmation of Chapter 13 Plan filed on July 20, 2011, in the above-entitled and numbered case as docket entry number 11. A First Amended Chapter 13 Plan has been filed which provides for full-payment of JPMorgan's pre-petition arrears.

DATED: July 21, 2011

Respectfully Submitted,

MALCOLM CISNEROS, A Law Corporation


     _/s/William G. Malcolm_____
WILLIAM G. MALCOLM
Attorney for Secured Creditor,
**JPMORGAN CHASE BANK, N.A.**

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action; my business address is: 2112 Business Center Drive, Second Floor, Irvine, California, 92612.

On July 21, 2011 I served the following document described as **WITHDRAWAL OF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California **(and via telecopy or overnight mail where indicated)**, addressed as follows:

> Anthony Dwayne Stafford, Jr.
> Janelle Marie Stafford
> 2325 Reading Avenue
> Castro Valley, CA 94546
>
> Patrick L. Forte
> Law Offices of Patrick L. Forte
> 1 Kaiser Plaza #480
> Oakland, CA 94612-3610
>
> Martha G. Bronitsky
> P.O. Box 5004
> Hayward, CA 94540-5004

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 21, 2011, at Irvine, California.

> /s/*Kristine Dhanaphatana*
> KRISTINE DHANAPHATANA