PATRICK L. FORTE #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors


**Entered on Docket
September 15, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

The following constitutes the order of the court.
Signed September 15, 2014

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                    Case No. 11-46444 WJL

**ANTHONY DWAYNE STAFFORD, JR. and         Chapter 13
JANELLE MARIE STAFFORD**,

                                          ORDER MODIFYING CHAPTER 13 PLAN

                Debtors.
_____/

The above named debtors having served a Motion to Modify Chapter 13 Plan on August 1, 2014, and any opposition, if received, having been resolved and good cause appearing therefor;

**IT IS ORDERED** that debtors' Chapter 13 Plan be modified as follows:

Commencing July 2014 and continuing through September 2014, debtors will pay $100.00 per month to the Trustee. Any plan arrearages shall be forgiven. Beginning October 2014, debtors will pay $439.00 per month. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

**END OF ORDER**

**COURT SERVICE LIST**

'No physical service required'